**IN THE STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| GOOD NATURED PRODUCTS INC., *et al.*,[1] | ) | Case No. 24-80891 |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |

**<u>NOTICE OF MOTION</u>**

TO: See attached list

　　　PLEASE TAKE NOTICE that on August 13, 2025, at 11:00 a.m., I will appear before the Honorable Thomas M. Lynch, or any judge sitting in that judge's place, **either** in courtroom  3100 of the   Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, IL 61101 **or** electronically as described below, and present the motion of **Debtors'  Final Report and Motion for Entry of an Order and Final Decree Closing Chapter 15 Cases**, a copy of which is attached.

　　　**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

　　　**To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/. Then enter the meeting ID and passcode.

　　　**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

　　　**Meeting ID and passcode.** The meeting ID for this hearing is   160 291 5226 and the passcode is 852255. The meeting ID and passcode can also be found on the judge's page on the court's web site.

　　　**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are:  good natured Products Inc. (9782); good natured Real Estate Holdings (Ontario) Inc. (9738); 1306187 B.C. Ltd. (9102); good natured Products (CAD) Inc. (3430); good natured Products Packaging Canada GP Inc. (0013); good natured Products Packaging Brampton GP Inc. (1615); good natured Products Industrial Canada GP Inc. (9542); good natured Products Packaging Canada LP (5943); good natured Products Packaging Brampton LP (5141); good natured Products Industrial Canada LP (5344); good natured Products (Illinois), LLC (1986); good natured Products Real Estate U.S., LLC (5490); good natured Products (US) Inc. (7740); good natured Products Packaging US LLC (5490); good natured Products Direct LLC (0622); good natured Products (Texas) LLC (2342).

80200526;1

Dated: July 10, 2025                    By:  /s/ R. Adam Swick
                                            Thomas B. Fullerton (6296539)
                                            Akerman LLP
                                            71 South Wacker Drive, 47th Floor
                                            Chicago, IL 60606
                                            Telephone: (312) 634-5726
                                            thomas.fullerton@akerman.com

                                            -and-

                                            R. Adam Swick *(admitted pro hac vice)*
                                            Akerman LLP
                                            1251 Avenue of the Americas, 37th Floor
                                            New York, New York
                                            Telephone: (212) 880-3800
                                            Facsimile:  (212) 880-8965
                                            adam.swick@akerman.com

                                            -and-

                                            Andrea S. Hartley *(admitted pro hac vice)*
                                            Akerman LLP
                                            98 Southeast Seventh Street, Suite 1100
                                            Miami, FL 33131
                                            Telephone:  (305) 374-5600
                                            Facsimile:   (305) 349-4794
                                            andrea.hartley@akerman.com

                                            *Counsel for the Foreign Representative*

## CERTIFICATE OF SERVICE

I,  R. Adam Swick    , certify that I served a copy of this notice and **Final Report and Motion for Entry of an Order and Final Decree Closing Chapter 15 Cases**, with corresponding exhibit attachments, on each entity shown on the attached Service List at the address shown, pursuant to this Court's Order, via email and/or U.S. First Class Mail, postage prepaid on   July 10, 2025  , at   3:00 p.m.

                                             /s/ R. Adam Swick
                                            R. Adam Swick

80200526;1

## Service List

Served via U.S. First Class Mail and/or Email on July 10, 2025

| **Debtors** | good natured Products Inc<br>good natured Real Estate Holding (Ontario) Inc<br>1306187 BC Ltd<br>good natured (CAD) Inc<br>good natured Products Packaging Canada GP<br>good natured Products Packaging Brampton GP Inc<br>good natured Products Industrial Canada GP Inc<br>good natured Products Packaging Canada LP<br>good natured Products Packaging Brampton LP<br>good natured Products Industrial Canada LP<br>good natured Products (US) Inc<br>good natured Products (Illinois) LLC<br>good natured Products Real Estate US LLC<br>good natured Products Packaging US LLC<br>good natured Products Direct LLC<br>good natured Products (Texas) LLC |
|---|---|
| **Debtors' Canadian Counsel** | Osler, Hoskin & Harcourt LLP<br>c/o Mary Buttery, K.C.<br>Christian Garton<br>1055 Dunsmuir Street, Suite 3000<br>Bentall Four<br>Vancouver, BC V7X 1K8<br>Canada<br><br>Email: mbuttery@osler.com<br>        cgarton@osler.com |
| **Monitor** | Alvarez & Marsal Canada (Monitor)<br>c/o Anthony Tillman, CPA, CA<br>Cathedral Place Building<br>925 West Georgia Street, Suite 902<br>Vancouver, BC   V6C 3L2<br>Canada<br><br>Email: atillman@alvarezandmarsal.com |
| **Foreign Representative** | Paul Antoniadis<br>814-470 Granville Street<br>Vancouver, BC V6C 1V5<br>Canada<br><br>Email: paul.a@goodnaturedproducts.com |

81185994;1

| United States Trustee | Jennifer K. Niemeier<br>Trial Attorney<br>Office of the United States Trustee<br>780 Regent Street, Suite 304<br>Madison, WI 53715<br><br>Email: Jennifer.Niemeier@usdoj.gov |
|---|---|
| **Secured Lenders** | Wells Fargo<br>c/o Anne Sasal<br>10 S. Wacker Dr.<br>Chicago, IL 60606<br><br>Email: Anne.sasal@wellsfargo.com |
| | EDC Tooling Facility<br>c/o Ruth Drar<br>150 Slater Street<br>Ottawa, Ont. Canada K1A 1K3<br>Canada<br><br>Email: rdrar@edc.ca |
| | RBC Special Loans Unit<br>c/o Cameron Bailey<br><br>Email: cameron.bailey@rbc.com |
| | Ayr Lease (HSBC)<br>c/o Derek Bin Li RBC<br>1055 West Georgia St., 35th Floor<br>Vancouver, BC V6E 3P3<br>Canada<br><br>Email: derek.bin.li@rbc.com |
| | Richmond Lease (Wingspire)<br>c/o Jennifer Roach, COO<br>18302 Irvine Blvd., Suite 300<br>Tustin, CA 92780<br><br>Email: jroach@wingspirecapital.com |

81185994;1

| | |
|---|---|
| | Richmond Lease (Wingspire 2.0)<br>c/o Richard Dunman, EVP<br>18302 Irvine Blvd., Suite 300<br>Tustin, CA 92780<br><br>Email: rdunman@wingspirecapital.com |
| **Mortgage Debt** | Brampton Mortgage<br>c/o Susanna Ng TD Bank<br>700 West Georgia St., 2nd Floor<br>Vancouver, BC V7Y 1K8<br>Canada<br><br>Email: Susana.ng@td.com |
| | HSBC – Ayr Mortgage<br>c/o Derek Bin Li RBC<br>885 West Georgia St., 6th Floor<br>Vancouver, BC V6C 2G2<br>Canada<br><br>Email: derek.bin.li@rbc.com<br><br>Paul Irving<br><br>Email: paul.irving@rbc.com<br>Tom Powell<br><br>Email:tom.powell@fticonsulting.com (financial advisor to RBC) |
| | HSBC – Ayr Mortgage<br>c/o Graeme Farady<br>1055 West Georgia St., 35th Floor<br>Vancouver, BC V6E 3P3<br>Canada<br><br>Email: Graeme.farady@rbc.com |
| | DENTONS CANADA LLP<br><br>c/o John Sandrelli<br>Valerie Cross<br>Cassandra Federico<br>250 Howe Street, 20th Floor Vancouver<br>BC  V6C 3R8 |

81185994;1

|  |  |
|---|---|
|  | Email: john.sandrelli@dentons.com<br>valerie.cross@dentons.com<br>cassandra.federico@dentons.com<br><br>Counsel for Royal Bank of Canada |
|  | American Community Bank and Trust<br>c/o Matthew Horist<br>PO Box 2788<br>Crystal Lake, IL 60039-2788<br><br>Email: mhorist@amcomban.com<br><br>c/o George P. Hampilos<br>Hampilos & Associates, Ltd.<br>308 W. State Street, Suite 210<br>Rockford, IL 61101<br><br>Email:  georgehamp@aol.com |
| **Unsecured Debt** | IPF VTB: Former Owners of IPF<br>c/o Mark Faber (JTF)<br>545 N. Dearborn St., Unit 3305<br>Chicago, IL 60654<br><br>Email: mfaver75@gmail.com |
|  | IPF VTB: Former Owners of IPF<br>c/o Bill Mercher<br>20 Jenking's Court<br>Branchton, Ontario N0B1L0<br>Canada<br><br>Email: bill@gpdllc.com |
|  | WINN (First Loan 12778)<br>c/o Daniel Bustillo<br>1300-300 Georgia St. West<br>Vancouver, BC V6B 6B1<br>Canada<br><br>Email: Daniel.bustillo@pacifican.gc.ca |
|  | WINN (Second Loan 15164)<br>c/o Daniel Bustillo<br>1300-300 Georgia St. West |

81185994;1

| | Vancouver, BC V6B 6B1<br>Canada<br><br>Email: Daniel.bustillo@pacifican.gc.ca |
|---|---|
| **Parties with Litigation Pending in the United States** | Dan Fosse<br>31950 Quincy Court Northeast<br>Cambridge, MN 55008 |
| **U.S. Entities** | |

81185994;1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| GOOD NATURED PRODUCTS INC., *et al.*,[1] | ) | Case No. 24-80891 |
| | ) | |
| Debtors in a Foreign Proceeding. | ) | (Jointly Administered) |
| | ) | |

**FINAL REPORT AND MOTION FOR ENTRY OF
AN ORDER AND FINAL DECREE CLOSING CHAPTER 15 CASES**

good natured Products Inc., as the authorized foreign representative (the "Foreign Representative")[2] of the above-captioned debtors (collectively, the "Debtors," the "Company," or "Good Natured") in the above-referenced chapter 15 cases (the "Chapter 15 Cases") initiated on July 1, 2024 and which had been subject to a proceeding pending in the Supreme Court of British Columbia (the "Canadian Proceeding" and such court, the "Canadian Court") and under the Companies' Creditor Agreement Act (the "CCAA"), by and through its undersigned counsel, respectfully states as follows in support of this *Final Report and Motion for Entry of an Order and Final Decree Closing Chapter 15 Cases* (the "Final Report" or "Motion"):

---

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are:  good natured Products Inc. (9782); good natured Real Estate Holdings (Ontario) Inc. (9738); 1306187 B.C. Ltd. (9102); good natured Products (CAD) Inc. (3430); good natured Products Packaging Canada GP Inc. (0013); good natured Products Packaging Brampton GP Inc. (1615); good natured Products Industrial Canada GP Inc. (9542); good natured Products Packaging Canada LP (5943); good natured Products Packaging Brampton LP (5141); good natured Products Industrial Canada LP (5344); good natured Products (Illinois), LLC (1986); good natured Products Real Estate U.S., LLC (5490); good natured Products (US) Inc. (7740); good natured Products Packaging US LLC (5490); good natured Products Direct LLC (0622); good natured Products (Texas) LLC (2342).

[2] Capitalized terms not otherwise defined herein shall have meaning ascribed to them in the *Motion for Entry of an Order (I) Recognizing and Enforcing the CCAA Vesting Order, (II) Approving the Sale of Substantially All of the Debtors' Interests Free and Clear of Liens, Claims, and Encumbrances, and (III) ranting Related Relief, Including Shortened Notice* [Docket No. 35] (the "Sale Motion").

80198139;1
80198139;2

**Relief Requested**

1.      The Foreign Representative seeks entry of a final decree substantially in the form attached hereto, closing each of the Chapter 15 Cases, without prejudice to the Debtors' or other party in interest's ability to seek to thereafter reopen any Chapter 15 Case at a later time should the need arise.

**Jurisdiction and Venue**

2.      The United States Bankruptcy Court for the Northern District of Illinois (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to the entry of a final order by the Court.

3.      The Chapter 15 Cases were properly commenced pursuant to sections 1504 and 1509 of title 11 of the United States Code (the "Bankruptcy Code") by the filing of a petition for recognition of the Canadian Proceeding under section 1515 of the Bankruptcy Code.

4.      Venue is proper pursuant to 28 U.S.C. § 1410(1) and (3).

5.      The bases for the relief requested herein are sections 105, 350(a), 1517(d), and 1518(1) of the Bankruptcy Code, and Bankruptcy Rule 5009.

**Final Report**

6.      The fact and circumstances surrounding the pertinent background of these cases are set forth in (i) the *Declaration of Paul Antoniadis* [Docket No. 10]; and (ii) the *Declaration of Mary Buttery, K.C. as Canadian Counsel to the Debtors in Support of the Debtors' Chapter 15 Petitions and Requests for Certain Related Relief Pursuant to Chapter 15 of the Bankruptcy Code* [Docket No. 11].

2

7.        On July 1, 2024 (the "Petition Date"), the Foreign Representative properly commenced the Chapter 15 Cases under sections 1504 and 1509 of the Bankruptcy Code by the filing of a petition for recognition of the Canadian Proceedings under section 1515 of the Bankruptcy Code.  On July 3, 2024, the Court entered an order [Docket No. 17] authorizing the joint administration and procedural consolidation of the Chapter 15 Cases.

8.        On July 31, 2024, the Court issued an order and enforcing multiple orders from the Canadian Court to implement a sale process, including the (i) Amended and Restate Initial Order, (ii) Order Approving a Sale and Investment Solicitation Procedure, and (iii) Order Approving Debtor-in-Possession Financing [Docket No. 32].[3]

9.        On August 8, 2024, the Court entered an order recognizing the Canadian Proceeding as a foreign main proceeding and granting additional relief [Docket No. 34].

10.       On October 25, 2024, the Debtors filed the Sale Motion.

11.       On November 11, 2024, after notice and hearing, the Court entered the *Order Recognizing and Enforcing the CCAA Vesting Order* [Docket No. 55] (the "Sale Order"), granting the Sale Motion in part and continuing the remainder of the relief requested in the Sale Motion.

12.       On November 20, 2024, the Debtors sought to withdrawal without prejudice the remaining relief under the Sale Motion [Docket No. 56], which the Court granted [Docket No. 57].

13.       The Sale Order approved a sale to a purchaser and contemplated a Transaction that, as of the date of the Sale Order, had not yet closed.  All relevant agreements related to the Transaction have now since closed.

---

[3] The orders from the Canadian Court located on the docket at Docket Nos. 24-3, 24-6, and 24-7.

80198139;1
80198139;2

14.     On November 15, 2024, the Monitor filed its Certificate in the Canadian Proceeding certifying that the sale of the Debtors' assets was complete.  This certificate is attached to the Motion as **Exhibit A**.

15.     On March 12, 2025, Milestone Bank filed a Motion for Relief from Automatic Stay [Docket No. 59], which was granted by the Court on April 23, 2025 [Docket No. 66].

16.     Following the closing of the Transaction, the Debtors were no longer applicants (*i.e.*, debtors) in the Canadian Proceeding.  The Monitor remained in charge of the remaining ResidualCo and for the purpose of bringing the ResidualCo case to conclusion.  *See Sale Motion, Ex. G* (CCAA Vesting Order) [Docket No. 45].

### Basis for Relief

17.     Section 1517(d) of the Bankruptcy Code provides that "[a] case under this chapter may be closed in the manner prescribed under section 350 [of the Bankruptcy Code]." Pursuant to section 350(a) of the Bankruptcy Code, a bankruptcy case may be closed "[a]fter an estate is fully administered".

18.     A chapter 15 case has no "estate" *per se*.  *In re Ace Track Co., Ltd.*, 556 B.R. 912 (Bankr. N.D. Ill. 2016).  Rather, "fully administered" means, at a minimum, that there are no outstanding motions, contested matters, or adversary proceedings.  *See*, *e.g., In re JCP Props., Ltd.*, 540 B.R. 596, 605 (Bankr. S.D. Tex. 2015).  Here, there are no outstanding motions or other contested matters.  Accordingly, the Chapter 15 Cases have been fully administered. Indeed, the Debtors are no longer debtors in the Canadian Proceeding.  Leaving the Chapter 15 Cases open imposes unnecessary costs.  The Foreign Representative does not believe there will be any other substantive motions, contested matters or other adversary proceedings to be resolved in the Chapter 15 Cases.  Therefore, the requirements of section 350(a) of the Bankruptcy Code

4

have been met and the Debtors no longer require the protections afforded by the Chapter 15 Cases.

19.     Bankruptcy Rule 5009(c) provides that a foreign representative shall "file a final report when the purpose of the representative's appearance in the court is completed." Accordingly, the Foreign Representative has submitted the Final Report describing the nature and results of the Debtors' activities before the Court and the status of the Canadian Proceeding. Pursuant to Bankruptcy Rule 5009, the Foreign Representative has also provided the U.S. Trustee and all parties required by Bankruptcy Rule 5009(c) with notice of the Motion and submits that no other parties must be given notice hereof.

20.     As such, the Foreign Representative respectfully submits that the Chapter 15 Cases should be closed pursuant to sections 350(a), 1517(d), and 1518(1) of the Bankruptcy Code.

## Conclusion

WHEREFORE, the Foreign Representative submits that, in light of the nature of the relief requested, no other or further notice need be given.  The Foreign Representative requests that the Court enter the proposed order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as may be just and proper.

*[Remainder of page intentionally left blank]*

5

80198139;1
80198139;2

Dated:  July 10, 2025

Respectfully submitted,

AKERMAN LLP

By*:*  */s/ R. Adam Swick*
Thomas B. Fullerton (6296539)
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Telephone: (312) 634-5726
thomas.fullerton@akerman.com

-and-

R. Adam Swick *(pro hac vice)*
Mark Lichtenstein *(pro hac vice to be filed)*
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, New York
Telephone: (212) 880-3800
Facsimile:  (212) 880-8965
adam.swick@akerman.com
mark.lichtenstein@akerman.com

-and-

Andrea S. Hartley *(pro hac vice to be filed)*
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
Telephone:  (305) 374-5600
Facsimile:   (305) 349-4794
andrea.hartley@akerman.com

*Counsel for the Foreign Representative*

6