Form G5 (20240301_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Western Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 24-80891 |
| GOOD NATURED PRODUCTS, INC., et al., [1] | ) | (Jointly Administered) |
| | ) | Chapter: 15 |
| | ) | Honorable Thomas M. Lynch |
| Debtor(s) | ) | |

## ORDER AND FINAL DECREE CLOSING OF THE CHAPTER 15 CASES

Upon consideration of the motion (the "Motion") filed by the Foreign Representative as the "foreign representative" of the Debtors, pursuant to section 105, 350(a), 1517(d), and 1518(1) of the Bankruptcy Code and Bankruptcy Rule 5009, seeking entry of an order (this "Order") closing the above-captioned chapter 15 cases, all as more fully set forth in the Motion; and the Foreign Representative having included a final report with the Motion and given notice of its filing to those parties required by Bankruptcy Rule 5009(c); and upon consideration of the Motion and all pleadings related there; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334 and 11 U.S.C. §§ 109 and 1501; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1410(1) and (3); and the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and adequate and sufficient notice of the Motion having been given by the Foreign Representative; and upon consideration of the record and all proceedings had before the Court; and this Court having found that the relief requested in the Motion is necessary and beneficial to the Debtors and in the best interests of the Debtors, their creditors, and other parties in interest; and there being no objections or other responses filed that have not been overruled, withdrawn, or otherwise resolved; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.   The Motion is granted as set forth herein.

2.   Capitalized terms not defined herein shall have the meaning given to them in the Motion.

3.   Pursuant to sections 350 and 1517(d) of the Bankruptcy Code, the Debtors' chapter 15 cases are hereby closed, effective as of the date of this Final Decree; provided that this Court retains jurisdiction over matters arising under these chapter 15 cases.

4.   A docket entry shall be made in these chapter 15 cases reflecting the entry of this Order.

5.   Entry of this Final Decree is without prejudice to the rights of the Debtors, or any party in interest, to seek to reopen the Affiliate Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

6.   Any orders heretoforce entered by this Court in the Affiliated Cases shall survive entry of this Order.

Form G5 (20240301_bko)

7.    Nothwithstanding any provisions in the Bankruptcy Rules to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

8.    The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree.

9.    The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

_____

[1] The Debtors in these chapter 15 proceedings, together with the last four digits of their business identification numbers are:  good natured Products Inc. (9782); good natured Real Estate Holdings (Ontario) Inc. (9738); 1306187 B.C. Ltd. (9102); good natured Products (CAD) Inc. (3430); good natured Products Packaging Canada GP Inc. (0013); good natured Products Packaging Brampton GP Inc. (1615); good natured Products Industrial Canada GP Inc. (9542); good natured Products Packaging Canada LP (5943); good natured Products Packaging Brampton LP (5141); good natured Products Industrial Canada LP (5344); good natured Products (Illinois), LLC (1986); good natured Products Real Estate U.S., LLC (5490); good natured Products (US) Inc. (7740); good natured Products Packaging US LLC (5490); good natured Products Direct LLC (0622); good natured Products (Texas) LLC (2342).

Enter:

Dated:                                                                  United States Bankruptcy Judge

**Prepared by:**

Thomas B Fullerton
Akerman LLP
71 South Wacker Drive, 47th Floor
Chicago, IL 60606
Tel: (312) 634-5726
thomas.fullerton@akerman.com

-and-

R. Adam Swick (admitted pro hac vice)
Akerman LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel: (212) 880-3800
Fax: (212) 880-8965
adam.swick@akerman.com

-and -

Andrea S. Hartley (admitted pro hac vice)
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

Form C3 (20240301_bko)

Telephone:  (305) 374-5600
Facsimile:   (305) 349-4794
andrea.hartley@akerman.com

Counsel for the Foreign Representative